1  TRACY L. WILKISON                                    JS6
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   GERALYN GULSETH, CSBN 160872
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear St., Suite 800
9        San Francisco, CA  94105
10       Telephone: (510) 970-4819
         Facsimile: (415) 744-0134
11       Email: Geralyn.Gulseth@ssa.gov
12 Attorneys for Defendant
13
14
                    UNITED STATES DISTRICT COURT
15                 CENTRAL DISTRICT OF CALIFORNIA
16                        WESTERN DIVISION

17 KIMBERLY STEPHENS,              ) No. 2:20-cv-10537-SHK
18                                 )
19    Plaintiff,                   ) [~~PROPOSED~~] **JUDGMENT OF**
                                   ) **REMAND**
20    v.                           )
21 KILOLO KIJAKAZI,                )
   Acting Commissioner of Social  )
22 Security,                       )
23                                 )
      Defendant.                   )
24                                 )
25 _____)

26      The Court having approved the parties' Stipulation to Voluntary Remand
27 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
28 ("Stipulation to Remand") lodged concurrent with the lodging of the within

-1-

Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 2, 2022

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE